UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 09-CV-02610-JM (POR) |
| Plaintiff, | **ORDER APPROVING JOINT REPORT OF PERMANENT RECEIVER AND SECURITIES AND EXCHANGE COMMISSION; RECEIVER'S REQUEST FOR ADDITIONAL RELIEF [Docket No. 13]** |
| vs. | |
| SHIDAAL EXPRESS, INC. and MOHAMUD ABDI AHMED, | |
| Defendants. | Judge:   Hon. Jeffrey T. Miller |

The Court having considered the Joint Report of Permanent Receiver and Securities and Exchange Commission; Receiver's Request for Additional Relief, ("Joint Report"), hereby orders as follows:

     1.     The Joint Report is approved.

     2.     The receivership shall continue pursuant to the Preliminary Injunction Order entered on November 30, 2009, and any supplemental orders issued by the Court.

     3.     The Receiver and the Commission shall file another report to update the Court and parties in interest in approximately 180 days.

     4.     The Receiver is authorized to distribute a maximum of $3,310 to the customer claimants listed in the Joint Report that are able to substantiate their claims.

1        5.     The Receiver is authorized to pay himself and his counsel $5,000 each from

2   available receivership cash.

3

4        IT IS SO ORDERED.

5

  Dated:  February 11, 2010

6                                Hon. Jeffrey T. Miller

7                                United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28