# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                    Plaintiff,<br>vs.<br><br>SHIDAAL EXPRESS, INC. and MOHAMUD ABDI AHMED,<br><br>                                    Defendants. | CASE NO. 09cv2610 JM<br><br>ORDER GRANTING MOTION TO SET ASIDE ENTRY OF DEFAULT; GRANTING IN PART AND DENYING IN PART MOTION TO PROCEED IN FORMA PAUPERIS |

For good cause shown, and Plaintiff Securities and Exchange Commission's express non-opposition to the motion to set aside entry of default (Docket No. 25), the court grants Defendants Shidaal Express, Inc. and Mohamud Abdi Ahmed's motion to set aside entry of default. The court also grants in part and denies in part Defendants' motion to proceed in forma pauperis, brought pursuant to 28 U.S.C. §1915. The motion is granted with respect to Mohamud Abdi Ahmed's motion because he declares that he has no significant source of income or asset. The motion is denied with respect to Shidaal Express, Inc. as it is not a person within the meaning of 28 U.S.C. §1915(a)(1).

**IT IS SO ORDERED.**

DATED: April 9, 2010

                                                                                 */s/ Jeffrey T. Miller*
Hon. Jeffrey T. Miller
United States District Judge

cc:        All parties